IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00740-ZLW

RICHARD VALDEZ,

       Plaintiff,

v.

JUDGE JULIE MARSHAL, District Court Fremont County,
COLORADO DEPT. OF CORRECTIONS,
GOVERNOR BILL RITTER,
ALLEN STANLEY, - Colorado Department Division of State Board of Parole and
      Complete Staff,
DIVISION OF ADULT PAROLE AND COMMUNITY CORRECTIONS,
JEANEEN MILLER,
STATE OFFICE OF THE DISTRICT ATTORNEY - Fremont County,
MOLLY CHILSON, D.A.,
KATHY EBERLING, D.A.,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
U.S. ATTORNEY ALBERTO GONZALES,
SGT. NORA KURTZ - Mailroom Arkansas Valley Correctional Facility and Complete
      Staff,
ADULT PROBATION OF FREMONT COUNTY,
MARK NETHERCOT,
COLORADO STATE OFFICE OF THE PUBLIC DEFENDER,
MR. WILSON,
MS. FRANCES BROWN,
SAM McCLURE,
CANYON CITY POLICE DEPT. DETECTIVE WORLEY,
ARKANSAS VALLEY CORRECTIONAL FACILITY WARDEN LOU ARCHULETA,
CANYON CITY POLICE DEPT. COOPERATING SOURCE NINA DAVIS,
UNITED STATES SENTENCING COMMISSION, and
KENNETH P. COHEN, Washington, D.C.,

       Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

1

Plaintiff submitted a Notice of Appeal on August 1, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
 <u>X</u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
 <u>X</u>   is not submitted
 ___  is missing affidavit
 ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
 ___  is missing required financial information
 ___  is missing an original signature by the prisoner
 ___  is not on proper form (must use the court's current form)
 ___  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  14  day of            August            , 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court